| | | |
|---|---|---|
| Juanita Mullins | * | In the United States District Court |
| Plaintiff | * | for the District of Maryland |
| v. | * | Northern Division |
| Gregg Wolff, M.D. | * | |
| Defendant | * | Civil No.: JFM 01 CV 2378 |

FILED DEC 13 2002
CLERK U.S. DISTRICT
DISTRICT OF MARYLAND

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

The parties, by their undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule 41(a), hereby stipulate and agree that all claims in this action are hereby dismissed, with prejudice. Open Court costs to be paid by the Defendant.

| | |
|---|---|
| /s/ Jeffrey S. Goldstein | /s/ Mary Alane Downs |
| Jeffrey S. Goldstein | Mary Alane Downs, Esquire |
| Robin Frazier Kandel | Morgan Shelsby Carlo Downs & Everton, P.A. |
| Jeffrey S. Goldstein, P.A. | 4 North Park Drive, Suite 404 |
| 222 Blaustein Building | Hunt Valley, Maryland 21030-1880 |
| One North Charles Street | (410) 584-2800 |
| Baltimore, Maryland 21201-3701 | Federal Bar No. 03580 |
| *Attorneys for the Plaintiff* | *Attorneys for the Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2002, a copy the aforegoing Stipulation of Dismissal was mailed, first-class, postage prepaid, to:

Jeffrey S. Goldstein
Robin Frazier Kandel
Jeffrey S. Goldstein, P.A.
222 Blaustein Building
One North Charles Street
Baltimore, Maryland 21201-3701
*Attorneys for the Plaintiff*

/s/ Mary Alane Downs
Mary Alane Downs, Esquire

| | | |
|---|---|---|
| Juanita Mullins | * | In the United States District Court |
| Plaintiff | * | for the District of Maryland |
| v. | * | Northern Division |
| Gregg Wolff, M.D. | * | Civil No.: JFM 01 CV 2378 |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

UPON CONSIDERATION OF the parties' Stipulation of Dismissal, it is this _____ day of _____, 200\_\_,

ORDERED that the claims in this action are dismissed with prejudice.

_____
J. Frederick Motz,
United States District Judge

Copies to:
Mary Alane Downs, Esquire
Jeffrey S. Goldstein, ESquire